No. 1229.   FALLON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *George C. Pontikes* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1231.   DELACRUZ *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co.   C. A. 5th Cir.   Certiorari denied. *L. N. D. Wells, Jr.,* and *Otto B. Mullinax* for petitioner. *Luther Hudson* for respondent.

No. 1234.   KWAI CHIU YUEN ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.   *Joseph S. Hertogs* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for respondent.

No. 1235.   HUBBARD ET AL. *v.* KIEFEL.   C. A. 7th Cir. Certiorari denied.   *Peter Fitzpatrick* and *George Kaye* for Hubbard, and *Alvin G. Hubbard* for Las Vegas Hacienda, Inc., petitioners.   *Lowell H. Jacobson* for respondent.

No. 1236.   STURTZ, TRUSTEE IN BANKRUPTCY *v.* NEW YORK WORLD'S FAIR 1964–1965 CORP.   C. A. 2d Cir. Certiorari denied.   *Robert P. Herzog* and *Jules Teitelbaum* for petitioner.   *Ambrose Doskow* for respondent.

No. 1241.   GAMBILL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *William H. McElwee* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.